DANIEL JOHNSON, JR. (State Bar No. 57409)
MICHAEL J. LYONS (State Bar No. 202284)
DION M. BREGMAN (State Bar No. 208393)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail:  djjohnson@morganlewis.com
E-mail:  mlyons@morganlewis.com
E-mail:  dbregman@morganlewis.com

Attorneys for Plaintiff
ENPHASE ENERGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENPHASE ENERGY, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOLARBRIDGE TECHNOLOGIES, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:14-cv-04553-EMC <br><br> **CASE MANAGEMENT STATEMENT** <br><br> Date:         March 10, 2015 <br> Time:        9:30 am <br> Location:   Courtroom 5, 17th Floor <br> Judge:       Hon. Edward M. Chen |

Pursuant to Civil L.R. 16-9, Plaintiff Enphase Energy, Inc. ("Enphase") provides the following Case Management Statement.  Enphase filed its Complaint on October 10, 2014, against SolarBridge Technologies, Inc. ("SolarBridge").  Shortly after the Complaint was filed, SolarBridge was acquired by SunPower Corporation ("SunPower").  In light of this acquisition, Enphase has deferred serving a copy of the Complaint so that Enphase could explore with SolarBridge and SunPower whether this matter can be amicably resolved.  Enphase expects to be in a position soon to determine whether such a resolution is possible.  As such, Enphase respectfully requests a 30-day continuation of the currently scheduled Case Management Conference.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

PLAINTIFF'S CASE MANAGEMENT STATEMENT
CASE NO. 3:14-CV-04553-EMC

DB2/ 25770751.1

| | |
|---|---|
| Dated: March 3, 2015 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | By */s/ Michael J. Lyons* |
| | Michael J. Lyons |
| | Attorneys for Plaintiff |

IT IS SO ORDERED that the CMC is reset from 3/10/15 to 4/23/15 at 9:30 a.m. A joint CMC Statement shall be filed by 4/16/15.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 25770751.1

2

PLAINTIFF'S CASE MANAGEMENT STATEMENT
CASE NO. 3:14-CV-04553-EMC