DANIEL JOHNSON, JR. (State Bar No. 57409)
MICHAEL J. LYONS (State Bar No. 202284)
DION M. BREGMAN (State Bar No. 208393)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: djjohnson@morganlewis.com
E-mail: mlyons@morganlewis.com
E-mail: dbregman@morganlewis.com

Attorneys for Plaintiff
ENPHASE ENERGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ENPHASE ENERGY, INC., a Delaware corporation, Plaintiff, v. SOLARBRIDGE TECHNOLOGIES, INC., a Delaware corporation, Defendant. | Case No. 3:14-cv-04553-EMC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Filed:   October 10, 2014<br>Judge:   Hon. Edward M. Chen |
|---|---|

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Enphase Energy, Inc. and its counsel hereby give notice that the above-captioned action against Defendants SolarBridge Technologies, Inc. is voluntarily dismissed without prejudice. Defendants have not served either an answer or a motion for summary judgment. Accordingly, Plaintiff respectfully requests that the above-captioned action be dismissed without prejudice.

Dated: April 15, 2015                                  MORGAN, LEWIS & BOCKIUS LLP


                                                       By */s/ Michael J. Lyons*
                                                       ───────────────────────────
                                                           Michael J. Lyons
                                                           Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
CASE NO. 3:14-CV-04553-EMC